# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
July 7, 2015

Lyle W. Cayce
Clerk

No. 14-11025
Summary Calendar

DEMETREOUS A. BROWN, SR.,

Petitioner-Appellant

v.

RODNEY W. CHANDLER, FCI-Fort Worth, Warden,

Respondent-Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:14-CV-559

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Demetreous A. Brown, Sr., federal prisoner # 07860-028, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition challenging his conviction of one count of conspiring with intent to distribute more than 50 grams of crack cocaine and more than five kilograms of a substance containing cocaine, eleven counts of distributing crack cocaine, and one count of possessing a firearm as a felon. We review that dismissal de novo. *See Garland*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-11025

*v. Roy*, 615 F.3d 391, 396 (5th Cir. 2010).  Brown failed to show that he met the requirements of the savings clause of 28 U.S.C. § 2255(e).  *See Reyes-Requena v. United States*, 243 F.3d 893, 904 (5th Cir. 2001).  Accordingly, the district court did not err in dismissing Brown's § 2241 petition.  *See Pack v. Yusuff*, 218 F.3d 448, 452 (5th Cir. 2000).

Brown has abandoned by failing to brief any challenge to the district court's denial of his alternative motion for writ of audita querela.  *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993); *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

All pending motions are DENIED, and the district court's judgment is AFFIRMED.